UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LAKEITH MCCOY,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 5:25-cv-00516-RGK-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative First Amended Complaint (Dkt. 11, "FAC"), the Order re FAC issued by the assigned magistrate judge (Dkt. 14), and the Report and Recommendation of the magistrate judge (Dkt. 17, "Report"). Plaintiff did not file any timely objection to the Report or timely seek additional time in which to do so. The Report is approved and accepted.

　　　Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing all claims asserted by Plaintiff in this action with prejudice except for claims asserted against Warden Christian Pfeiffer, which shall be dismissed

without prejudice to Plaintiff pursuing such claims in a district having proper venue.

Dated: 6/24/2025

_____
R. GARY KLAUSNER
United States District Judge