UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LAKEITH MCCOY, | Case No. 5:25-cv-00516-RGK-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT all claims asserted by Plaintiff in this action are DISMISSED with prejudice except for claims asserted against Warden Christian Pfeiffer, which are dismissed without prejudice to Plaintiff pursuing such claims in a district having proper venue.

Dated: 6/24/2025

_____
R. GARY KLAUSNER
United States District Judge